**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1455**

---

KENNETH WAYNE DODSON,

Plaintiff - Appellant,

versus

KAREN S. GRUMBINE; MARK NAVARRETTE; DOROTHY
GARRISON; UNITED STATES OF AMERICA,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-96-3605-AW)

---

Submitted:  October 23, 1997        Decided:  November 13, 1997

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth Wayne Dodson, Appellant Pro Se.  Allen F. Loucks, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order dismissing his defamation action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dodson v. Grumbine</u>, No. CA-96-3605-AW (D. Md. Mar. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.


<u>AFFIRMED</u>